**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In re: PEOPLE'S POWER & GAS, LLC    § Case No. 14-50574
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. COAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $2,465,097.84             Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,245,581.33       Claims Discharged
                                                      Without Payment: N/A

Total Expenses of Administration: $180,620.86

---

   3) Total gross receipts of $    1,426,202.19    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of  $1,426,202.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,042,841.85 | $4,986,949.00 | $1,245,581.33 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 239,712.79 | 239,712.79 | 180,620.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 57,400.40 | 57,400.40 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 8,581,640.51 | 7,315,810.84 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $13,921,595.55 | $12,599,873.03 | $1,426,202.19 |

4) This case was originally filed under Chapter 7 on April 18, 2014. The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2020          By: /s/RICHARD M. COAN
                                         Trustee, Bar No.: ct06376

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trade Receivables Amount Subject to Reconcilliat | 1121-000 | 890,214.10 |
| TD AMERITRADE -4641 | 1129-000 | 1,838.81 |
| CITIBANK CD | 1129-000 | 3,184.43 |
| CITI CD (CT PURA) | 1129-000 | 22,474.61 |
| TEXAS EASTERN TRANSMISSION COLLATERAL | 1129-000 | 4,535.76 |
| ALGONQUIN GAS COLLATERAL | 1129-000 | 5,790.78 |
| ISO-NY COLLATERAL | 1129-000 | 254,026.55 |
| ISO-NE COLLATERAL | 1129-000 | 208,581.18 |
| MARITIMES & NORTHEAST PIPELINE LLC SECURITY DEP. | 1229-000 | 507.00 |
| CITIBANK  SAVINGS CD | 1129-000 | 5,048.97 |
| COLLATERAL WITH SPARK ENERGY GAS, LP | 1229-000 | 25,000.00 |
| AVOIDANCE ACTION VS. ATTY. EISENBUD | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,426,202.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Forest Capital, LLC | 4210-000 | N/A | 4,893,382.31 | 4,893,382.31 | 1,152,014.64 |
| 14 | ISO New England, Inc. | 4210-000 | N/A | 24,104.85 | 0.00 | 0.00 |
| 16S | Long Island Lighting Company d/b/a LIPA | 4210-000 | N/A | 31,788.00 | 0.00 | 0.00 |
|  | DEWEY PEGNO & KRAMARSKY, LLP, TRUSTEE FOR BLACK ROCK, | 4210-000 | N/A | 93,566.69 | 93,566.69 | 93,566.69 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $5,042,841.85 | $4,986,949.00 | $1,245,581.33 |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - RICHARD M. COAN | 2100-000 | N/A | 66,036.07 | 66,036.07 | 44,768.99 |
| Trustee Expenses - RICHARD M. COAN | 2200-000 | N/A | 297.56 | 297.56 | 201.73 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 3,150.00 | 3,150.00 | 3,150.00 |
| Attorney for Trustee Fees (Trustee Firm) - COAN, LEWENDON, GULLIVER & MILTENBERGER, | 3110-000 | N/A | 60,294.50 | 60,294.50 | 40,876.50 |
| Attorney for Trustee Expenses (Trustee Firm) - COAN, LEWENDON, GULLIVER & | 3120-000 | N/A | 301.72 | 301.72 | 204.55 |
| Other - BLUM SHAPIRO & CO., P.C. | 3410-000 | N/A | 50,534.50 | 50,534.50 | 34,259.74 |
| Other - CARMODY TORRANCE SANDAK AND HENNESSEY LLP | 3991-120 | N/A | 5,610.00 | 5,610.00 | 3,803.29 |
| Other - CARMODY TORRANCE SANDAK AND HENNESSEY LLP | 3992-130 | N/A | 411.05 | 411.05 | 278.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 532.43 | 532.43 | 532.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 922.93 | 922.93 | 922.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,096.20 | 1,096.20 | 1,096.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,060.32 | 1,060.32 | 1,060.32 |
| Other - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 2300-000 | N/A | 567.48 | 567.48 | 567.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 921.84 | 921.84 | 921.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,165.48 | 1,165.48 | 1,165.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,108.77 | 1,108.77 | 1,108.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,033.37 | 1,033.37 | 1,033.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,179.41 | 1,179.41 | 1,179.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,104.02 | 1,104.02 | 1,104.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,065.81 | 1,065.81 | 1,065.81 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,175.99 | 1,175.99 | 1,175.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,251.42 | 1,251.42 | 1,251.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,442.06 | 1,442.06 | 1,442.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,756.88 | 1,756.88 | 1,756.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,842.75 | 1,842.75 | 1,842.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,782.93 | 1,782.93 | 1,782.93 |
| Other - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 2300-000 | N/A | 367.75 | 367.75 | 367.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,034.42 | 2,034.42 | 2,034.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,824.71 | 1,824.71 | 1,824.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,828.92 | 1,828.92 | 1,828.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,092.78 | 2,092.78 | 2,092.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,886.67 | 1,886.67 | 1,886.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,900.43 | 1,900.43 | 1,900.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,169.85 | 2,169.85 | 2,169.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,907.64 | 1,907.64 | 1,907.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,171.02 | 2,171.02 | 2,171.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,975.97 | 1,975.97 | 1,975.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,912.17 | 1,912.17 | 1,912.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,356.41 | 1,356.41 | 1,356.41 |
| Other - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 2300-000 | N/A | 116.48 | 116.48 | 116.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 479.04 | 479.04 | 479.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 315.36 | 315.36 | 315.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 275.56 | 275.56 | 275.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 304.68 | 304.68 | 304.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 278.86 | 278.86 | 278.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 331.32 | 331.32 | 331.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 300.72 | 300.72 | 300.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 290.28 | 290.28 | 290.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 329.89 | 329.89 | 329.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 289.42 | 289.42 | 289.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 318.91 | 318.91 | 318.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 298.52 | 298.52 | 298.52 |
| Other - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 2300-000 | N/A | 63.53 | 63.53 | 63.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 288.09 | 288.09 | 288.09 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 327.35 | 327.35 | 327.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 277.31 | 277.31 | 277.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 296.72 | 296.72 | 296.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 286.41 | 286.41 | 286.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 325.49 | 325.49 | 325.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 285.56 | 285.56 | 285.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 314.67 | 314.67 | 314.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 304.37 | 304.37 | 304.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 156.86 | 156.86 | 156.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 184.73 | 184.73 | 184.73 |
| Other - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 2300-000 | N/A | 34.12 | 34.12 | 34.12 |
| Other - COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | 2300-000 | N/A | 83.41 | 83.41 | 83.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 163.05 | 163.05 | 163.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 325.84 | 325.84 | 325.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 314.47 | 314.47 | 314.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 346.47 | 346.47 | 346.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 331.07 | 331.07 | 331.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $239,712.79 | $239,712.79 | $180,620.86 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | State of Connecticut | 5800-000 | N/A | 45,499.06 | 45,499.06 | 0.00 |
| 7P | State of Connecticut | 5800-000 | N/A | 11,901.34 | 11,901.34 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $57,400.40 | $57,400.40 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yankee Gas Company | 7100-000 | N/A | 226,911.97 | 0.00 | 0.00 |
| 1 -2 | Yankee Gas Company | 7100-000 | N/A | 226,911.97 | 226,911.97 | 0.00 |
| 2 | Connecticut Light and Power | 7100-000 | N/A | 58,600.24 | 0.00 | 0.00 |
| 2 -2 | Connecticut Light and Power | 7100-000 | N/A | 58,600.24 | 58,600.24 | 0.00 |
| 3 | AGR Group, LLC | 7100-000 | N/A | 115,187.25 | 115,187.25 | 0.00 |
| 4 | New York State Dept. of Taxation | 7100-000 | N/A | 490,158.73 | 0.00 | 0.00 |
| 4 -2 | New York State Dept. of Taxation | 7100-000 | N/A | 490,158.73 | 0.00 | 0.00 |
| 4 -3 | New York State Dept. of Taxation | 7100-000 | N/A | 490,158.73 | 490,158.73 | 0.00 |
| 6 | EVO Merchant Services, LLC | 7100-000 | N/A | 30,512.54 | 30,512.54 | 0.00 |
| 7U | State of Connecticut | 7300-000 | N/A | 402.40 | 402.40 | 0.00 |
| 8 | Franchise Tax Board | 7100-000 | N/A | 2,188.65 | 2,188.65 | 0.00 |
| 9 | State of Maine Revenue Service | 7100-000 | N/A | 64,582.42 | 64,582.42 | 0.00 |
| 10 | PJM Interconnection,LLC and PJM Settlement | 7100-000 | N/A | 426,893.22 | 426,893.22 | 0.00 |
| 12 | Stagg Terenzi Confusione & | 7100-000 | N/A | 78,100.00 | 78,100.00 | 0.00 |
| 13 | Sage Payment Solutions EFT, Inc. f/k/a Global eTel | 7100-000 | N/A | 289,811.69 | 289,811.69 | 0.00 |
| 15 | Cohn Birnbaum & Shea | 7100-000 | N/A | 45,452.00 | 45,452.00 | 0.00 |
| 16U | Long Island Lighting Company d/b/a LIPA | 7100-000 | N/A | 5,093,086.72 | 5,093,086.72 | 0.00 |
| 17 | EC Infosystems, Inc | 7100-000 | N/A | 121,707.76 | 121,707.76 | 0.00 |
| 18 | First Data Merchant Services | 7100-000 | N/A | 247,107.89 | 247,107.89 | 0.00 |
| 19 | BlackRock, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | Adelberg, Rudow, Dorf & Hendler, LLC | 7100-000 | N/A | 24,307.36 | 24,307.36 | 0.00 |
| 21 | Franchise Tax Board | 7100-000 | N/A | 800.00 | 800.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,581,640.51 | $7,315,810.84 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  

**Period Ending:** 11/12/20

**Trustee:** (270140) RICHARD M. COAN  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/18/14  
**Claims Bar Date:** 12/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | See Schedule B-2-- REPLACED BY ASSETS 6-9 BELOW | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Security dep. See Sched. REPLACED BY 10-19 BELOW | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Trade Receivables Amount Subject to Reconcilliat | 3,023,210.14 | 3,023,210.14 | | 890,214.10 | FA |
| 4 | Claims against Forest Capital, LLC<br>TRUSTEE INVESTIGATED CLAIMS AGAINST FOREST CAPITAL ALLEGED BY DEBTOR - EXPERT FOUND NO BASIS FOR FURTHER DELAY OF DISTRIBUTION TO FOREST CAPITAL AS SECURED CREDITOR. | Unknown | 0.00 | | 0.00 | FA |
| 5 | PPG holds a license to sell power in the State o | Unknown | 0.00 | | 0.00 | FA |
| 6 | TD AMERITRADE -4641 | 1,838.35 | 1,838.35 | | 1,838.81 | FA |
| 7 | TD AMERITRADE SAVINGS CD<br>MISTAKENLY ENTERED AS A TD AMERITRADE CD. ACTUALLY A CITI SAVINGS CD. THIS ASSET REPLACED BY ASSET 21. | 5,037.77 | 0.00 | | 0.00 | FA |
| 8 | CITIBANK CD | 3,177.20 | 3,177.20 | | 3,184.43 | FA |
| 9 | CITI CD (CT PURA) | 25,164.96 | 25,164.96 | | 22,474.61 | FA |
| 10 | GRANITE STATE GAS<br>NO RESPONSE TO TRUSTEE'S INQUIRY. TOO SMALL TO PURSUE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11 | ISO-CA DEPOSIT<br>DEBTOR'S PRINCIPAL CHECKED AND NOW BELIEVES THAT EITHER NOTHING WAS POSTED OR IF IT WAS, MONEY WAS RETURNED. ISO-CA HAS NORECORD OF COLLATERAL | 23,493.24 | 23,493.24 | | 0.00 | FA |
| 12 | TEXAS EASTERN TRANSMISSION COLLATERAL | 6,000.00 | 6,000.00 | | 4,535.76 | FA |
| 13 | ALGONQUIN GAS COLLATERAL | 6,000.00 | 6,000.00 | | 5,790.78 | FA |
| 14 | STATE OF MAINE BOND<br>ON 6/23/16 STAFF ATTORNEY FOR MAINE P.U.C. REPORTED THAT FINANCIAL SECURITY WAS FORFEITED BECAUSE OF OVERCHARGING BY | 100,011.83 | 100,011.83 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  

**Period Ending:** 11/12/20  

**Trustee:** (270140) RICHARD M. COAN  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/18/14  
**Claims Bar Date:** 12/17/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | DEBTOR. | | | | |
| 15 | PJM COLLATERAL<br>    PJM RESPONDED TO TRUSTEE'S DEMAND AND DEMONSTRATED THAT COLLATERAL WAS USED TO PARTIALLY SATISFY PAYMENT DEFAULTS BY DEBTOR. | 107,400.00 | 0.00 | | 0.00 | FA |
| 16 | TAMPA ELECTRIC CO. COLLATERAL<br>    CREDITOR REPORTED THAT COLLATERAL FORFEITED | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 17 | LIPA COLLATERAL<br>    CREDITOR FILED PROOF OF CLAIM IN EXCESS OF $5 MILLION FOR WHICH THIS COLLATERAL IS SECURITY. NO VALUE FOR ESTATE. | 31,788.00 | 0.00 | | 0.00 | FA |
| 18 | ISO-NY COLLATERAL<br>    TRUSTEE WILL INVESTIGATE SECURED CLAIM | 547,228.75 | 0.00 | | 254,026.55 | FA |
| 19 | ISO-NE COLLATERAL<br>    PLUS POSSIBLE ADDITIONAL SUM DUE TO ESTATE | 187,118.53 | 187,118.53 | | 208,581.18 | FA |
| 20 | MARITIMES & NORTHEAST PIPELINE LLC SECURITY DEP. (u) | 500.00 | 500.00 | | 507.00 | FA |
| 21 | CITIBANK  SAVINGS CD | 5,037.77 | 5,037.77 | | 5,048.97 | FA |
| 22 | COLLATERAL WITH SPARK ENERGY GAS, LP (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 23 | AVOIDANCE ACTION VS. LONG ISLAND LIGHTING CO. (u)<br>    TRUSTEE COULD NOT PROSECUTE. DEFENDANT CLAIMED NOT TO HAVE RECORDS AND ESTATE HAD NOT FUNDS TO LITIGATE. COURT DISMISSED CASE. | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 24 | AVOIDANCE ACTION AGAINST ORLANDO PREDATORS (u)<br>    GROSS CLAIM IS $575,154, BUT COLLECTIBILITY QUITE UNCERTAIN | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 25 | AVOIDANCE ACTION AGAINST PEARSALL HOLDINGS LP (u) | 1,662,483.00 | 1,662,483.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  

**Period Ending:** 11/12/20

**Trustee:** (270140)  RICHARD M. COAN  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/18/14  
**Claims Bar Date:** 12/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| OBTAINEDJUDGMENT THAT APPEARS TO BE UNCOLLECITLBEUNCOLLECTIBLE. TRUSTEE HAD NO SUCCESS IN SELLING JUDGMENT | | | | | |
| 26   AVOIDANCE ACTION AGAINST DAVID PEARSALL (u)   OBTAINEDJUDGMENT THAT APPEARS TO BE UNCOLLECTIBLE. TRUSTEE HAD NO SUCCESS IN SELLING JUDGMENT | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 27   AVOIDANCE ACTION AGAINST MADSTAR MOBILE LLC  (u)   ENTITY NO LONGER EXISTS AND CLAIM IS UNCOLLECTIBLE | 209,250.00 | 209,250.00 | | 0.00 | FA |
| 28   AVOIDANCE ACTION VS. PEARSALL PROPERTIES LLC  (u)   APPEARS UNCOLLECTIBLE | 194,634.00 | 194,634.00 | | 0.00 | FA |
| 29   AVOIDANCE ACTION VS. ATTY. EISENBUD  (u)    COMPROMISED FOR $5000. | 10,000.00 | 10,000.00 | | 5,000.00 | FA |
| 30   COAN , TRUSTEE V. ADELBERG, RUDOW ET ALS (u)   DEFENDANT HAD COMPLETE DEFENSE TO $20K PREFERENCE AVOIDANCE ACTION AND ADVERSARY PROCEEDING WAS DISMISSED. | 0.00 | 0.00 | | 0.00 | FA |
| 31   COAN, TRUSTEE V. COHN, BIRNBAUM & SHEA  (u)   DEFENDANT HAD COMPLETE DEFENSE TO $20K PREFERENCE AVOIDANCE ACTION AND ADVERSARY PROCEEDING WAS DISMISSED. | 0.00 | 0.00 | | 0.00 | FA |
| 31   Assets   Totals (Excluding unknown values) | **$6,305,373.54** | **$5,613,919.02** | | **$1,426,202.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

    05/29/14 Discovered that assets in office and office lease are held in the name of another entity: People's Power LLC  
    7/7/14 Received $528K from Public Service of New Hampshire per turnover order, subject to rights of other parties.  
    8/8/14 Received $187K from Black Rock (NE ISO collateral per order, subject to rights of other parties.  
    9/8/14 Debtor filed schedules.  
    10/24/14 Conducted 341.

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  

**Period Ending:** 11/12/20

**Trustee:** (270140) RICHARD M. COAN  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/18/14  
**Claims Bar Date:** 12/17/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1/23/14 Rich Finkel is still attempting to obtain data to investigate debtor's claim that it owes nothing to Forest Capital, secured creditor.

04/12/15 Finkel still working on issue; Drafted consent motion for turnover by NY ISO. Attempting to persuade Resident Power to agree that its attachment on NE ISO funds is avoidable in order to terminate NE ISO's legal fees. In process of engaging collection firm.

06/25/15 Filed motion to approve turnover by NY ISO per stipulation.

6/27/15 Recently was authorized by principal to forward Draft Audit Report to Forest Capital. Will await response and then ask acountant to review Forest's documentation.

7/10/15 Filed motion to settle with PSNH for $37,500, which is 50% of sum held back for expenses.

7/14/15 Hearing on stipulated turnover order re about $250K due from NY ISO.

10/5/15 Reviewing documents re possible preference actions. Dealing with varous reports re debtor's dispute with Forest Capital's secured claim.

11/28/15 Have been receiving periodic turnover of receivables collected by collection agency

12/18/15 Trying to obtain additional info from Forest Capital in order to evaluate our position re Forest's claim.

12/28/2015 Received turnover of CD's from Citi Bank.

3/17/16 Expert completing analysis of dispute between debtor and Forest Capital. Upon completion, Trustee will file motion to disburse funds on hand.

5/19/16 Filed several complaints to avoid preferential transfers and/or fraudulent conveyances.

6/1/16 Filed motion for authority to disburse funds to Forest Capital. Has 6/15/16 response date.

06/10/16 Sent second letter to Maine PUC for documentation that bond has been forfeited.

06/23/16 Staff attorney for Maine PUC reported that bond was forfeited and sent me link to docket of decision.

9/23/16 Adversary proceeding still being litigated. Motion to disburse was granted in part,but order has not entered yet.

11/9/16 Per order, disbursed funds to secured creditor. Retained portion pending further orders.

12/15/16 Disbursed another portion of funds per court order. Adversary proceedings pending.

1/10/17 Counsel waiting for accountant's report. will file for summary judgment in numerous adversary proceedings.

01/10/17 Emailed courtroom deputy to inquire about entry of order approving compromise with Attorney Eisenbud who agreed to pay $5K to settle preference action.\

1/13/17 Judgment entered against Eisenbud.

04/04/17 Emailed my counsel to inquire about $5K payment from Eisenbud which was due around March 1st. Eisenbud's counsel spoke to him and reports that check going out today.

07/5/17 Asked my counsel to push adversary proceedings.

10/5/17 Counsel prepared motions for judgment but waiting for accountant to prepare insolvency report.

1/2/18 Counsel received accountant's insolvency report. Still investigating one or two factual issues in order to move for judgment.

2/20/18 Filed motion for summary judgment in most of the adversary proceedings.

5/20/18 No decision yet.

8/20/18 No decision yet.

11/20/18 No decision yet.

2/18/19 Court has scheduled hearing on summary judgement motions. Also dismissed case against Long Island Power. We did not have funds available for discovery ro to litigate further.

05/07/19 Summary judgment hearing started on 3/12/19 and continued to 6/4/19

06/04/19 Hearing continued to 7/16/19.

7/16/19 Pearsall ordered to file financial affidavit by 8/2/19. If he complies, then status conference on 9/17/19.

09/30/19 On 9/17/19, judge took papers.No decision yet.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC

**Trustee:** (270140)   RICHARD M. COAN  
**Filed (f) or Converted (c):** 04/18/14 (f)  
**§341(a) Meeting Date:** 06/18/14

**Period Ending:** 11/12/20

**Claims Bar Date:** 12/17/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/13/19 Court memo of decision in adversary proceedings granted partially in our favor with status conference on other counts set for 12/17/19. Judgment to follow.

12/20/19 Hearing on motions for summary judgment postponed to 1/28/2020

03/18/20 Judgment entered in estate's favor in 4 adversary proceedings on 3/5/20.  Trustee is attempting to  sell  judgments.

06/15/20 Counsel negotiated with secured creditor. Estate  will keep $32K from bank accounts. Secured creditor will get $75 that was in dispute with LIPA.  Motion filed. on 6/8 with 6/22 bar date plus three days.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**   September 30, 2020

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-50574
**Case Name:** PEOPLE'S POWER & GAS, LLC

**Taxpayer ID #:** **-***3588
**Period Ending:** 11/12/20

**Trustee:** RICHARD M. COAN (270140)
**Bank Name:** Mechanics Bank
**Account:** ******8266 - Checking Account
**Blanket Bond:** $35,041,020.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/14 | {3} | PUBLIC SERVICE NEW HAMPSHIRE | TURNOVER PER PROPOSED AMENDED ORDER SUBMITTED 7/7/14 - Order entered 7/29/14 (Doc. 109) | 1121-000 | 528,810.51 | | 528,810.51 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 532.43 | 528,278.08 |
| 08/08/14 | {19} | BLACKROCK | TURNOVER OF DEBTOR'S FUNDS PER TURNOVER ORDER | 1129-000 | 187,132.33 | | 715,410.41 |
| 08/08/14 | {19} | BLACKROCK | WIRE TRANSFER -- ADDITIONAL INTEREST ON DEBTOR'S FUNDS | 1129-000 | 1.06 | | 715,411.47 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 922.93 | 714,488.54 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,096.20 | 713,392.34 |
| 10/25/14 | {19} | ISO NEW ENGLAND INC. | ADDITIONAL RETURN OF COLLATERAL AFTER RECENT ADJUSTMENTS | 1129-000 | 39.72 | | 713,432.06 |
| 10/29/14 | {18} | ISO NEW ENGLAND, INC. | DEPOSIT 100002-1 ENTERED INCORRECTLY -- CHECK WAS FOR $39.77 | 1129-000 | 0.05 | | 713,432.11 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,060.32 | 712,371.79 |
| 11/07/14 | 101 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/07/2014 FOR CASE #14-50574, PRO RATA PORTION OF BLANKET BOND PREMIUM | 2300-000 | | 567.48 | 711,804.31 |
| 11/24/14 | {3} | MORELAND HOSE & BELTING CORP. | RECEIVABLE | 1121-000 | 485.04 | | 712,289.35 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 921.84 | 711,367.51 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,165.48 | 710,202.03 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,108.77 | 709,093.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,033.37 | 708,059.89 |
| 03/30/15 | {3} | ISO NEW ENGLAND, INC. | ACCOUNT RECEIVABLE | 1121-000 | 17.47 | | 708,077.36 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,179.41 | 706,897.95 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,104.02 | 705,793.93 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,065.81 | 704,728.12 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,175.99 | 703,552.13 |
| 07/04/15 | {20} | MARITIMES & NORTHEAST PIPELINE LLC | TURNOVER PER ORDER OF 6/3/15 | 1229-000 | 500.00 | | 704,052.13 |
| 07/04/15 | {12} | TEXAS EASTERN TRANSMISSION LP | TURNOVER PER ORDER OF 6/3/15 | 1129-000 | 4,535.76 | | 708,587.89 |
| 07/04/15 | {13} | ALGONQUIN GAS TRANSMISSION COMPANY | TURNOVER PER ORDER OF 6/3/15 | 1129-000 | 5,787.97 | | 714,375.86 |
| 07/23/15 | {18} | NY ISO | TURNOVER OF COLLATERAL PER ORDER OF 7/14/15 | 1129-000 | 250,975.65 | | 965,351.51 |

Subtotals :        $978,285.56        $12,934.05

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-50574 | | Trustee: | RICHARD M. COAN (270140) |
|---|---|---|---|---|
| Case Name: | PEOPLE'S POWER & GAS, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***3588 | | Blanket Bond: | $35,041,020.00  (per case limit) |
| Period Ending: | 11/12/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,251.42 | 964,100.09 |
| 08/25/15 | {3} | PSNH DBA EVERSOURCE ENERGY | PAYMENT PER TURNOVER ORDER OF 8/11/15 | 1121-000 | 37,500.00 | | 1,001,600.09 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,442.06 | 1,000,158.03 |
| 09/25/15 | {19} | ISO NEW ENGLAND INC. | TURNOVER PER ORDER OF 9/22/15 | 1129-000 | 18,408.07 | | 1,018,566.10 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,756.88 | 1,016,809.22 |
| 10/06/15 | {20} | SPECTRA ENERGY (MARITIMES & NORTHEAST PIPELIN LLC) | REMAINING PAYMENT DUE TO DEBTOR | 1229-000 | 7.00 | | 1,016,816.22 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,842.75 | 1,014,973.47 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,782.93 | 1,013,190.54 |
| 12/28/15 | {21} | CITIBANK | CLOSE OF BANK ACCOUNT | 1129-000 | 5,048.97 | | 1,018,239.51 |
| 12/28/15 | {9} | CITIBANK | CLOSE OF CD ACCOUNT | 1129-000 | 22,474.61 | | 1,040,714.12 |
| 12/29/15 | {8} | CITIBANK | CLOSE OF CD | 1129-000 | 3,184.43 | | 1,043,898.55 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,034.42 | 1,041,864.13 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,824.71 | 1,040,039.42 |
| 02/22/16 | {18} | NY INDEPENDENT SYSTEM OPERTOR INC. | WIRE TRANSFER - RETURN OF COLLATERAL | 1129-000 | 3,050.85 | | 1,043,090.27 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,828.92 | 1,041,261.35 |
| 03/28/16 | {19} | ISO NEW ENGLAND, INC. | TURNOVER OF REMAINING COLLATERAL | 1129-000 | 3,000.00 | | 1,044,261.35 |
| 03/30/16 | {22} | SPARK ENERGY GAS, LP | RETURN OF COLLATERAL | 1229-000 | 25,000.00 | | 1,069,261.35 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,092.78 | 1,067,168.57 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,886.67 | 1,065,281.90 |
| 05/24/16 | | From Account #******8267 | TRANSFER OF FUNDS FROM TD AMERITRADE THAT WERE DEPOSITED IN INCORRECT ACCOUNT | 9999-000 | 1,838.81 | | 1,067,120.71 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,900.43 | 1,065,220.28 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,169.85 | 1,063,050.43 |
| 07/11/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 4,991.46 | | 1,068,041.89 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,907.64 | 1,066,134.25 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,171.02 | 1,063,963.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,975.97 | 1,061,987.26 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,912.17 | 1,060,075.09 |
| 11/09/16 | 102 | LEITESS FRIEDBERG, PC, TRUSTEE | DISTRIBUTION TO SECURED CREDITOR FOREST CAPITAL, LLC PER ORDER OF 10/21/16 | 4210-000 | | 983,447.95 | 76,627.14 |
| 12/05/16 | 103 | COAN, LEWENDON, GULLIVER & | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 116.48 | 76,510.66 |

Subtotals :  $124,504.20    $1,013,345.05

{} Asset reference(s)                                                                                        Printed: 11/12/2020 08:53 AM    V.20.24

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 14-50574 | | Trustee: | RICHARD M. COAN (270140) |
|---|---|---|---|---|
| Case Name: | PEOPLE'S POWER & GAS, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***3588 | | Blanket Bond: | $35,041,020.00  (per case limit) |
| Period Ending: | 11/12/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | MILTENBERGER, LLC | BALANCE AS OF 12/05/2016 FOR CASE #14-50574, PRO RATA PORTION OF BLANKET BOND PREMIUM | | | | |
| 12/15/16 | | From Account #******8267 | TRANSFER FUNDS TO CHECKING ACCOUNT | 9999-000 | 17,056.03 | | 93,566.69 |
| 12/15/16 | | From Account #******8267 | TRANSFER FUNDS TO CHECKING ACCOUNT | 9999-000 | 299,629.43 | | 393,196.12 |
| 12/15/16 | 104 | FOREST CAPITAL, INC. | DISTRIBUTION TO SECURED CREDITOR PER ORDER OF 12/14/16 Voided on 12/15/16 | 4210-000 | | 93,566.69 | 299,629.43 |
| 12/15/16 | 104 | FOREST CAPITAL, INC. | DISTRIBUTION TO SECURED CREDITOR PER ORDER OF 12/14/16 Voided: check issued on 12/15/16 | 4210-000 | | -93,566.69 | 393,196.12 |
| 12/15/16 | 105 | LEITESS, FRIEDBERG, PC, TRUSTEE FOR FOREST CAPITAL LLC | DISTRIBUTION TO SECURED CREDITOR PER ORDER OF 12/14/16 | 4210-000 | | 93,566.69 | 299,629.43 |
| 12/15/16 | 106 | DEWEY PEGNO & KRAMARSKY, LLP, TRUSTEE FOR BLACK ROCK, INC. | DISTRIBUTION TO SECURED CREDITOR PER ORDER OF 12/14/16 | 4210-000 | | 93,566.69 | 206,062.74 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 479.04 | 205,583.70 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 315.36 | 205,268.34 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.56 | 204,992.78 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.68 | 204,688.10 |
| 04/08/17 | {29} | FREDERICK EISENBUD | PREFERENCE RECOVERY SETTLEMENT PROCEEDS PER ORDER OF 1/13/17 IN ADV PRO 16-05032 | 1241-000 | 5,000.00 | | 209,688.10 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.86 | 209,409.24 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.32 | 209,077.92 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 300.72 | 208,777.20 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.28 | 208,486.92 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 329.89 | 208,157.03 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.42 | 207,867.61 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 318.91 | 207,548.70 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.52 | 207,250.18 |
| 12/06/17 | 107 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2017 FOR CASE #14-50574 | 2300-000 | | 63.53 | 207,186.65 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 288.09 | 206,898.56 |

Subtotals :         $321,685.46         $191,297.56

{} Asset reference(s)                                                                                                               Printed: 11/12/2020 08:53 AM     V.20.24

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  
**Taxpayer ID #:** **-***3588  
**Period Ending:** 11/12/20

**Trustee:** RICHARD M. COAN (270140)  
**Bank Name:** Mechanics Bank  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $35,041,020.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 327.35 | 206,571.21 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 277.31 | 206,293.90 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.72 | 205,997.18 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.41 | 205,710.77 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.49 | 205,385.28 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.56 | 205,099.72 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.67 | 204,785.05 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.37 | 204,480.68 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.86 | 204,323.82 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.73 | 204,139.09 |
| 12/02/18 | 108 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/02/2018 FOR CASE #14-50574 | 2300-000 | | 34.12 | 204,104.97 |
| 12/09/19 | 109 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2019 FOR CASE #14-50574, PRO RATA PORTION OF BLANKET BOND PREMIUM | 2300-000 | | 83.41 | 204,021.56 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.05 | 203,858.51 |
| 04/07/20 | {13} | ALGONQUIN GAS TRANSMISION LLC | INTEREST REFUND | 1129-000 | 2.81 | | 203,861.32 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 325.84 | 203,535.48 |
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.47 | 203,221.01 |
| 06/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 346.47 | 202,874.54 |
| 07/27/20 | 110 | Jeremy Friedberg, Trustee | PAYMENT ON ACCOUNT OF FOREST CAPITAL SECURED CLAIM PER ORDER OF 7/8/20 | 4210-000 | | 75,000.00 | 127,874.54 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.07 | 127,543.47 |
| 10/07/20 | 111 | CLERK | Dividend paid 100.00% on $3,150.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 3,150.00 | 124,393.47 |
| 10/07/20 | 112 | RICHARD M. COAN | Dividend paid  67.79% on $66,036.07, Trustee Compensation;  Reference: | 2100-000 | | 44,768.99 | 79,624.48 |
| 10/07/20 | 113 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | Dividend paid  67.79% on $60,294.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 40,876.50 | 38,747.98 |
| 10/07/20 | 114 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | Dividend paid  67.79% on $301.72, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 204.55 | 38,543.43 |

Subtotals :    $2.81    $168,357.94

{} Asset reference(s)

Printed: 11/12/2020 08:53 AM    V.20.24

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 14-50574 | | Trustee: | RICHARD M. COAN (270140) |
|---|---|---|---|---|
| Case Name: | PEOPLE'S POWER & GAS, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***3588 | | Blanket Bond: | $35,041,020.00 (per case limit) |
| Period Ending: | 11/12/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/07/20 | 115 | BLUM SHAPIRO & CO., P.C. | Dividend paid 67.79% on $50,534.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 34,259.74 | 4,283.69 |
| 10/07/20 | 116 | RICHARD M. COAN | Dividend paid 67.79% on $297.56, Trustee Expenses; Reference: | 2200-000 | | 201.73 | 4,081.96 |
| 10/07/20 | 117 | CARMODY TORRANCE SANDAK AND HENNESSEY LLP | Dividend paid 67.79% on $5,610.00, Attorney for Creditor Fees; Reference: | 3991-120 | | 3,803.29 | 278.67 |
| 10/07/20 | 118 | CARMODY TORRANCE SANDAK AND HENNESSEY LLP | Dividend paid 67.79% on $411.05, Attorney for Creditor Expenses; Reference: | 3992-130 | | 278.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,424,478.03 | 1,424,478.03 | $0.00 |
| | | | Less: Bank Transfers | | 318,524.27 | 0.00 | |
| | | | **Subtotal** | | 1,105,953.76 | 1,424,478.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,105,953.76 | $1,424,478.03 | |

{} Asset reference(s)

Printed: 11/12/2020 08:53 AM  V.20.24

Exhibit 9

Page: 6

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  

**Taxpayer ID #:** **-***3588  
**Period Ending:** 11/12/20  

**Trustee:** RICHARD M. COAN (270140)  
**Bank Name:** Mechanics Bank  
**Account:** ******8267 - A/R Collections Account  
**Blanket Bond:** $35,041,020.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/14 | {3} | UNIVERSITY MANAGEMENT ASSOCIATES | ACCOUNTS RECEIVABLE | 1121-000 | 60,664.00 | | 60,664.00 |
| 05/12/15 | {3} | RMG SYSTEMS | RECEIVABLES COLLECTED BY RMG SYSTEMS | 1121-000 | 147.06 | | 60,811.06 |
| 05/24/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | RECEIVABLES COLLECTED BY RMG SYSTEMS | 1121-000 | 201.81 | | 61,012.87 |
| 06/15/15 | {3} | RECEIVABLES MANAGEMENT GROUPT, INC. | RECEIVABLES COLLECTED BY RMG SYSTEMS | 1121-000 | 1,113.23 | | 62,126.10 |
| 06/22/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | RECEIVABLES COLLECTED BY RMG SYSTEMS | 1121-000 | 1,237.53 | | 63,363.63 |
| 07/06/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | RECEIVABLES COLLECTED BY RMG SYSTEMS | 1121-000 | 2,125.65 | | 65,489.28 |
| 07/20/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 1,040.87 | | 66,530.15 |
| 08/10/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 3,043.45 | | 69,573.60 |
| 08/20/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 2,741.66 | | 72,315.26 |
| 09/08/15 | {3} | RECEIVABLES MANAGEMENTN GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 2,938.06 | | 75,253.32 |
| 09/18/15 | {3} | FOREST CAPITAL SERVICES | RECEIVABLES COLLECTED BY SECURED CREDITOR | 1121-000 | 182,821.17 | | 258,074.49 |
| 09/21/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 4,580.71 | | 262,655.20 |
| 10/09/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 2,755.72 | | 265,410.92 |
| 10/22/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | RECEIVABLES COLLECTED BY RMG SYSTEMS | 1121-000 | 1,196.78 | | 266,607.70 |
| 11/08/15 | {3} | RECEIVABALES MANAGEMENT GROUP, INC. | RECEIVABLES COLLECTED BY RMG SYSTEMS | 1121-000 | 1,171.15 | | 267,778.85 |
| 11/28/15 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | RECEIVAB LES COLLECTED BY RMG | 1121-000 | 1,089.74 | | 268,868.59 |
| 12/03/15 | 101 | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2015 FOR CASE #14-50574, PRO RATA PORTION OF BLANKET BOND PREMIUM | 2300-000 | | 367.75 | 268,500.84 |
| 12/07/15 | {3} | RECEIVAB LES MANAGEMENT GROUP, INC. | RECEIVABLES COLLECTED BY RMG | 1121-000 | 3,372.62 | | 271,873.46 |
| 01/09/16 | {3} | RECEIVABLES MANAGEMETN | RECEIVABLES COLLECTED BY RMG | 1121-000 | 3,247.67 | | 275,121.13 |

Subtotals :      $275,488.88      $367.75

{} Asset reference(s)

Printed: 11/12/2020 08:53 AM    V.20.24

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  

**Trustee:** RICHARD M. COAN (270140)  
**Bank Name:** Mechanics Bank  
**Account:** ******8267 - A/R Collections Account  

**Taxpayer ID #:** **-***3588  
**Period Ending:** 11/12/20  

**Blanket Bond:** $35,041,020.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | GROUP, INC. | | | | | |
| 01/25/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | RECEIVABLES COLLECTED BY RECEIVEABLES MANAGEMENT GROUP, INC. | 1121-000 | 1,822.19 | | 276,943.32 |
| 02/08/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 2,522.91 | | 279,466.23 |
| 02/22/16 | {18} | NY INDEPENDENT SYSTEM OPERATOR INC. | WIRE TRANSFER - COLLATERAL REFUND | 1129-000 | 3,030.85 | | 282,497.08 |
| 02/22/16 | {18} | NY INDEPENDENT SYSTEM OPERATOR INC. | CORRECTION TO WIRE TRANSFER INCORRECTLY ENTERED WITH FIGURE THAT WAS $20.00 TO SMALL | 1129-000 | 20.00 | | 282,517.08 |
| 02/22/16 | {18} | NY INDEPENDENT SYSTEM OPERATOR, INC. | REVERSAL OF WIRE TRANSFER ENTERED IN WRONG ACCOUNT | 1129-000 | -3,050.85 | | 279,466.23 |
| 03/08/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 8,265.00 | | 287,731.23 |
| 04/11/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 9,788.63 | | 297,519.86 |
| 05/10/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE COLLECTED BY RMG SYSTEMS | 1121-000 | 12,267.87 | | 309,787.73 |
| 05/18/16 | {6} | TD AMERITRADE CLEARING | CLOSE OF ACCOUNT | 1129-000 | 1,838.81 | | 311,626.54 |
| 05/24/16 | | To Account #******8266 | TRANSFER OF FUNDS FROM TD AMERITRADE THAT WERE DEPOSITED IN INCORRECT ACCOUNT | 9999-000 | | 1,838.81 | 309,787.73 |
| 09/12/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 3,559.74 | | 313,347.47 |
| 09/12/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 3,536.09 | | 316,883.56 |
| 10/24/16 | {3} | RECEIVABLES MANAGEMENT GROUP, INC. | ACCOUNTS RECEIVABLE | 1121-000 | 1,158.31 | | 318,041.87 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,356.41 | 316,685.46 |
| 12/15/16 | | To Account #******8266 | TRANSFER FUNDS TO CHECKING ACCOUNT | 9999-000 | | 17,056.03 | 299,629.43 |
| 12/15/16 | | To Account #******8266 | TRANSFER FUNDS TO CHECKING ACCOUNT | 9999-000 | | 299,629.43 | 0.00 |

Subtotals :  $44,759.55  $319,880.68

{} Asset reference(s)

Printed: 11/12/2020 08:53 AM    V.20.24

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 14-50574  
**Case Name:** PEOPLE'S POWER & GAS, LLC  
**Taxpayer ID #:** **-***3588  
**Period Ending:** 11/12/20  

**Trustee:** RICHARD M. COAN (270140)  
**Bank Name:** Mechanics Bank  
**Account:** ******8267 - A/R Collections Account  
**Blanket Bond:** $35,041,020.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 320,248.43 | 320,248.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 318,524.27 | |
| | | | **Subtotal** | | 320,248.43 | 1,724.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $320,248.43 | $1,724.16 | |

Net Receipts : 1,426,202.19  
Net Estate : $1,426,202.19  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8266** | 1,105,953.76 | 1,424,478.03 | 0.00 |
| **Checking # ******8267** | 320,248.43 | 1,724.16 | 0.00 |
| | $1,426,202.19 | $1,426,202.19 | $0.00 |

{} Asset reference(s)

Printed: 11/12/2020 08:53 AM    V.20.24